

United States District Court
Eastern District of California

| Gas Transmission Northwest LLC et al. |
Plaintiff(s)

V.

| Cochrane Extraction Partnership et al. |
Defendant(s)

Case Number: 2:21-cv-01513-JAM-AC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Miles O. Indest hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Gas Transmission Northwest LLC and Tuscarora Gas Transmission Company

On 05/22/2017 (date), I was admitted to practice and presently in good standing in the Southern District of Texas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 089/03/2021              Signature of Applicant: /s/ Miles O. Indest

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Miles O. Indest |
| Law Firm Name: | McGuireWoods LLP |
| Address: | 600 Travis, Suite 7500 |
| City: | Houston  State: Texas  Zip: 77002 |
| Phone Number w/Area Code: | (713) 353-6681 |
| City and State of Residence: | Houston, Texas |
| Primary E-mail Address: | mindest@mcguirewoods.com |
| Secondary E-mail Address: | mlobel@mcguirewoods.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Jamie D. Wells |
| Law Firm Name: | McGuireWoods LLP |
| Address: | Two Embarcardero Center |
| | Suite 1300 |
| City: | San Francisco  State: California  Zip: 94111 |
| Phone Number w/Area Code: | (415) 844-9944  Bar #: 29087 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/3/2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE