

# United States District Court
# Eastern District of California

| | |
|---|---|
| Gas Transmission Northwest LLC et al | Case Number: 2:21-cv-01513-JAM-AC |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE |
| Cochrane Extraction Partnership et al   View C | AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Addison E. Fontein hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Gas Transmission Northwest LLC and Tuscarora Gas Transmission Company

On  03/13/2020  (date), I was admitted to practice and presently in good standing in the Southern District of Texas  (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/03/2021                Signature of Applicant: /s/ Addison E. Fontein

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Addison E. Fontein |
| Law Firm Name: | MCGUIREWOODS LLP |
| Address: | 2000 McKinney Avenue |
| | Suite 1400 |
| City: | Dallas   State: Texas   Zip: 75201 |
| Phone Number w/Area Code: | (214) 932-6436 |
| City and State of Residence: | Dallas, Texas |
| Primary E-mail Address: | afontein@mcguirewoods.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Jamie D. Wells |
| Law Firm Name: | McGuireWoods LLP |
| Address: | Two Embarcadero Center |
| | Suite 1300 |
| City: | San Francisco   State: California   Zip: 94111 |
| Phone Number w/Area Code: | (415) 844-9944   Bar #: 290827 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/3/2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE