MCGUIREWOODS LLP
Jamie D. Wells SBN #290827
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

MCGUIREWOODS LLP
Yasser A. Madriz (*Admitted Pro Hac Vice*)
Wolfgang A. Mcgavran (*Admitted Pro Hac Vice*)
Miles O. Indest (*Admitted Pro Hac Vice*)
Addison Fontein (*Admitted Pro Hac Vice*)
600 Travis Street, Suite 7500
Houston, Texas 77002
T: 713-353-6681
F: 832-255-6381

Attorneys for Gas Transmission Northwest LLC and
Tuscarora Gas Transmission Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAS TRANSMISSION NORTHWEST LLC AND TUSCARORA GAS TRANSMISSION COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>COCHRANE EXTRACTION PARTNERSHIP, COCHRANE EXTRACTION PLANT LTD., INTER PIPELINE EXTRACTION LTD., AND INTER PIPELINE LTD.,<br><br>Defendants. | CASE NO. 2:21-cv-01513-JAM-AC<br><br>**NOTICE OF WITHDRAWAL OF JAMIE D. WELLS AS COUNSEL FOR DEFENDANTS GAS TRANSMISSION NORTHWEST LLC AND TUSCARORA GAS TRANSMISSION COMPANY**<br><br>Complaint filed: September 23, 2021 |

**TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Jamie D. Wells withdraws as counsel of record for Defendants Gas Transmission Northwest LLC and Tuscarora Gas Transmission Company.

Dated this 20th day of September 2021.

Respectfully submitted,

**MCGUIREWOODS LLP**

/s/ *Jamie D. Wells*
**Jamie D. Wells**
California State Bar No. 290827
jwells@mcguirewoods.com
**MCGUIREWOODS LLP**
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
T: 415-844-1972
F: 415-844-1915

**Yasser A. Madriz**
*Admitted Pro Hac Vice*
Texas State Bar No. 24037015
ymadriz@mcguirewoods.com
**Wolfgang A. McGavran**
*Admitted Pro Hac Vice*
Texas State Bar No. 24074682
wmcgavran@mcguirewoods.com
**Miles O. Indest**
*Admitted Pro Hac Vice*
Texas State Bar No. 24101952
mindest@mcguirewoods.com
**Addison Fontein**
*Admitted Pro Hac Vice*
Texas State Bar No. 24109876
afontein@mcguirewoods.com

**MCGUIREWOODS LLP**
600 Travis Street, Suite 7500
Houston, Texas 77002
T: 713-353-6681
F: 832-255-6381

*ATTORNEYS FOR PLAINTIFFS*