**MCGUIREWOODS LLP**
Anthony Q. Le (SBN 300660)
ale@mcguirewoods.com
Two Embarcadero Center
Suite 1300
San Francisco, CA  94111-3821
Telephone:  415.844.9944
Facsimile:  415.844.9922

**MCGUIREWOODS LLP**
Yasser A. Madriz (Admitted Pro Hac Vice)
ymadriz@mcguirewoods.com
Wolfgang A. McGavran (Admitted Pro Hac Vice)
wmcgavran@mcguirewoods.com
Miles O. Indest (Admitted Pro Hac Vice)
mindest@mcguirewoods.com
Addison Fontein (Admitted Pro Hac Vice)
afontein@mcguirewoods.com
600 Travis Street, Suite 7500
Houston, Texas 77002
T: 713-353-6681
F: 832-255-6381

Attorneys for Gas Transmission Northwest LLC and
Tuscarora Gas Transmission Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAS TRANSMISSION NORTHWEST LLC AND TUSCARORA GAS TRANSMISSION COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>COCHRANE EXTRACTION PARTNERSHIP, COCHRANE EXTRACTION PLANT LTD., INTER PIPELINE EXTRACTION LTD., AND INTER PIPELINE LTD.,<br><br>Defendants. | CASE NO. 2:21-cv-01513-JAM-AC<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR CLARIFICATION AND EXTENDING DEADLINE FOR PLAINTIFF TO FILE JOINT STATUS REPORT**<br><br>Complaint Filed:     August 23, 2021 |

CASE NO. 2:21-cv-01513-JAM-AC
ORDER GRANTING PLAINTIFFS' MOTION FOR CLARIFICATION AND EXTENDING
DEADLINE FOR PLAINTIFF TO FILE JOINT STATUS REPORT

**ORDER**

Plaintiffs Gas Transmission Northwest LLC and Tuscarora Gas Transmission Company (collectively, the "Plaintiffs") filed a Motion for Clarification (the "Motion") with respect to the Court's Order entered on August 24, 2021 [Dkt. No. 3] (the "Order").

The Court, having considered the Motion, the arguments of counsel, being fully advised in this matter, and good cause appearing, hereby orders as follows:

1. The Motion is **GRANTED**.

2. The joint status report originally due to be filed on Monday, December 27, 2021 pursuant to Dkt. No. 3 ¶ 4 is continued to sixty days following the appearance of Defendants in this lawsuit.

**IT IS SO ORDERED.**

DATED:  December 20, 2021          /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE

CASE NO. 2:21-cv-01513-JAM-AC            1
ORDER GRANTING PLAINTIFFS' MOTION FOR CLARIFICATION AND EXTENDING DEADLINE FOR PLAINTIFF TO FILE JOINT STATUS REPORT