**MCGUIREWOODS LLP**
Anthony Q. Le (SBN 300660)
ale@mcguirewoods.com
Two Embarcadero Center
Suite 1300
San Francisco, CA  94111-3821
Telephone:  415.844.9944
Facsimile:  415.844.9922

**MCGUIREWOODS LLP**
Yasser A. Madriz (Admitted Pro Hac Vice)
ymadriz@mcguirewoods.com
Wolfgang A. McGavran (Admitted Pro Hac Vice)
wmcgavran@mcguirewoods.com
Miles O. Indest (Admitted Pro Hac Vice)
mindest@mcguirewoods.com
Addison Fontein (Admitted Pro Hac Vice)
afontein@mcguirewoods.com
600 Travis Street, Suite 7500
Houston, Texas 77002
T: 713-353-6681
F: 832-255-6381

Attorneys for Gas Transmission Northwest LLC and Tuscarora Gas Transmission Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAS TRANSMISSION NORTHWEST LLC AND TUSCARORA GAS TRANSMISSION COMPANY,<br><br>            Plaintiffs,<br><br>     vs.<br><br>COCHRANE EXTRACTION PARTNERSHIP, COCHRANE EXTRACTION PLANT LTD., INTER PIPELINE EXTRACTION LTD., AND INTER PIPELINE LTD.,<br><br>            Defendants. | CASE NO. 2:21-cv-01513-JAM-AC<br><br>**ORDER GRANTING JOINT STIPULATION SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**<br><br>Complaint Filed:   August 23, 2021 |

CASE NO. 2:21-cv-01513-JAM-AC
JOINT STIPULATION SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS

**ORDER**

Plaintiffs Gas Transmission Northwest LLC and Tuscarora Gas Transmission Company ("Plaintiffs"), and Defendants Cochrane Extraction Partnership, Cochrane Extraction Plant LTD., Inter Pipeline Extraction LTD., and Inter Pipeline LTD (the "IPL Defendants"), (collectively, the "Parties") filed a joint stipulation seeking to modify the briefing schedule on the IPL Defendants' pending Motion to Dismiss. [Dkt. No. 27].

The Court, having considered the joint stipulation, being fully advised in this matter, and good cause appearing, hereby orders as follows:

1. The Joint Stipulation is **GRANTED**.
2. The Plaintiffs' deadline to file a response to the IPL Defendants' Motion to Dismiss [Dkt. No. 27] is April 19, 2022.
3. The IPL Defendants' deadline to file a reply, if any, to Plaintiffs' forthcoming response is April 26, 2022.

**IT IS SO ORDERED.**

DATED: April 5, 2022        /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            UNITED STATES DISTRICT COURT JUDGE