**MCGUIREWOODS LLP**
Anthony Q. Le (SBN 300660)
ale@mcguirewoods.com
Two Embarcadero Center
Suite 1300
San Francisco, CA  94111-3821
Telephone:  415.844.9944
Facsimile:  415.844.9922

**MCGUIREWOODS LLP**
Yasser A. Madriz (Admitted Pro Hac Vice)
ymadriz@mcguirewoods.com
Wolfgang A. McGavran (Admitted Pro Hac Vice)
wmcgavran@mcguirewoods.com
Miles O. Indest (Admitted Pro Hac Vice)
mindest@mcguirewoods.com
Addison Fontein (Admitted Pro Hac Vice)
afontein@mcguirewoods.com
600 Travis Street, Suite 7500
Houston, Texas 77002
T: 713-353-6681
F: 832-255-6381

Attorneys for Gas Transmission Northwest LLC and
Tuscarora Gas Transmission Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAS TRANSMISSION NORTHWEST LLC AND TUSCARORA GAS TRANSMISSION COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>COCHRANE EXTRACTION PARTNERSHIP, COCHRANE EXTRACTION PLANT LTD., INTER PIPELINE EXTRACTION LTD., AND INTER PIPELINE LTD.,<br><br>Defendants. | CASE NO. 2:21-cv-01513-JAM-AC<br><br>**ORDER GRANTING STIPULATION SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO STAY IN FAVOR OF CANADIAN LAWSUIT**<br><br>Complaint Filed:       August 23, 2021 |

**ORDER**

Plaintiffs Gas Transmission Northwest LLC and Tuscarora Gas Transmission Company ("Plaintiffs"), and Defendants Cochrane Extraction Partnership, Cochrane Extraction Plant LTD., Inter Pipeline Extraction LTD., and Inter Pipeline LTD (the "Defendants"), (collectively, the "Parties") filed a stipulation seeking to modify the briefing schedule on Defendants' pending Motion to Stay In Favor of Canadian Lawsuit (the "Motion to Stay"). [Dkt. No. 40].

The Court, having considered the stipulation, being fully advised in this matter, and good cause appearing, hereby orders as follows:

1. The Stipulation is **GRANTED**.
2. The Plaintiffs' deadline to file a response to the Motion to Stay [Dkt. No. 40] is **April 7, 2023**.

**IT IS SO ORDERED.**

Dated: March 17, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE