**MCGUIREWOODS LLP**
Anthony Q. Le (SBN 300660)
ale@mcguirewoods.com
1800 Century City Park East
8th Floor
Los Angeles, CA  900667
Telephone:  310-315-8225
Facsimile:  310-315-8210

**MCGUIREWOODS LLP**
Yasser A. Madriz (*pro hac vice*)
ymadriz@mcguirewoods.com
Wolfgang A. McGavran (*pro hac vice*)
wmcgavran@mcguirewoods.com
Miles O. Indest (*pro hac vice*)
mindest@mcguirewoods.com
Addison Fontein (*pro hac vice*)
afontein@mcguirewoods.com
845 Texas Ave, Suite 2400
Houston, Texas 77002
Telephone: 713-353-6681
Facsimile: 832-255-6381

Attorneys for Gas Transmission Northwest LLC and
Tuscarora Gas Transmission Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAS TRANSMISSION NORTHWEST LLC AND TUSCARORA GAS TRANSMISSION COMPANY,<br><br>           Plaintiffs,<br><br>    vs.<br><br>COCHRANE EXTRACTION PARTNERSHIP, COCHRANE EXTRACTION PLANT LTD., INTER PIPELINE EXTRACTION LTD., AND INTER PIPELINE LTD.,<br><br>           Defendants. | CASE NO. 2:21-cv-01513-JAM-AC<br><br>**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**<br><br>Compl. Filed: August 23, 2021<br>Trial Date:     August 4, 2025<br>Judge: Hon. John A. Mendez |

1
**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

Plaintiffs Gas Transmission Northwest LLC and Tuscarora Gas Transmission Company ("Plaintiffs") and Defendants Cochrane Extraction Partnership, Cochrane Extraction Plant Ltd., Inter Pipeline Extraction Ltd., and Inter Pipeline Ltd. ("Defendants", and collectively with Plaintiffs, the "Parties"), by and through their respective undersigned counsel of record, and pursuant to Local Rules 143 and 144, respectfully submit this stipulation to modify the Court's Initial Pretrial Scheduling Order (ECF No. 52).

WHEREAS, Plaintiffs filed their Complaint on August 23, 2021 (ECF No. 1).

WHEREAS, the Defendants filed a Motion to Dismiss and, on January 24, 2023, the Court entered an Order granting in part and denying in part Defendants' Motion to Dismiss (ECF No. 37).

WHEREAS, on February 7, 2023, Defendants filed an Answer to Plaintiffs' Complaint.

WHEREAS, on February 23, 2023, the Parties filed a Joint Status Report (ECF No. 39).

WHEREAS, on August 31, 2023, the Parties filed another joint status report (ECF No. 51).

WHEREAS, on September 14, 2023, the Court issued a Pretrial Scheduling Order (ECF No. 52), which set forth the following deadlines:

///
///
///

///

| Event | Current Deadline |
|---|---|
| Expert Disclosure | 11/1/2024 |
| Supplemental Expert Disclosure | 11/15/2024 |
| Joint Mid-Litigation Statement Filing | Fourteen (14) days prior to the close of discovery |
| Fact and Expert Discovery Cutoff | 12/27/2024 |
| Dispositive Motion Filing | 2/21/2025 |
| Dispositive Motion Hearing | 4/22/2025 |
| Final Pretrial Conference | 6/24/2025 |
| Jury Trial | 8/4/2025 |

WHEREAS, the Parties estimated approximately 3-4 weeks for trial (ECF No. 52 at 10), which the Parties still believe is a reasonable estimate.

WHEREAS, the Parties have engaged in discovery, among other things, and Plaintiffs have produced approximately 23,114 documents and Defendants have produced approximately 22,166 documents.

WHEREAS, as this Court is aware, a related case is pending in Canada (the "Canadian Lawsuit"); in an effort to reduce the costs associated with litigation and avoid duplicative discovery, the parties have agreed that certain discovery (including certain depositions) taken in the Canadian Lawsuit can be used in the instant case.

WHEREAS, the above agreement reached between the Parties does not allow the Parties to access documents and information from third parties within the Canadian Lawsuit.

1 WHEREAS, the rules applicable to the Canadian Lawsuit
2 prohibited the use of discovery from the Canadian Lawsuit in the
3 instant action, requiring the Parties to seek an order from the
4 court presiding over the Canadian Lawsuit, which the Parties did
5 and the court presiding over the Canadian Lawsuit granted on
6 August 23, 2024.
7 WHEREAS, as now allowed under the order from the Canadian
8 Lawsuit, the Parties are reviewing certain discovery from the
9 Canadian Lawsuit to determine what additional discovery is
10 necessary and believe that the continuance sought herein would
11 assist the Parties in completing discovery and preparing for
12 dispositive motions and/or trial.
13 WHEREAS, in addition, the Parties are working to coordinate
14 certain site visits to locations relevant to this dispute
15 (including in Canada) and, based on the Parties' schedules,
16 believe that the continuance sought herein would assist the
17 Parties in completing these in-person events and preparing for
18 dispositive motions and/or trial.
19 WHEREAS, Defendants requested, and Plaintiffs agree, that
20 based on all of the aforementioned issues, there exists good
21 cause to modify the Pretrial Scheduling Order (ECF No. 52) as
22 set out herein.
23 WHEREAS, the Parties have not requested any prior
24 modification to the Pretrial Scheduling Order.
25 WHEREAS, the Parties request that all deadlines in the
26 Pretrial Scheduling Order (ECF No. 52) be continued to the
27
28

4

**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

Parties' proposed dates set forth below, subject to the Court's availability and approval.

WHEREAS, this Joint Stipulation is without waiver of the Parties' right to file or oppose a motion to continue.

WHEREAS, the Parties submit that, in compliance with the Court's Standing Order, the Parties contacted the Court's chambers to discuss, and the Court advised it is able to accommodate, these proposed new dates.

NOW, THEREFORE, the Parties, by and through their respective undersigned counsel of record, AGREE AND HEREBY STIPULATE that good cause exists to modify the Pretrial Scheduling Order as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Expert Disclosure | 11/1/2024 | 5/2/2025 |
| Supplemental Expert Disclosure | 11/15/2024 | 5/21/2025 |
| Joint Mid-Litigation Statement Filing | Fourteen (14) days prior to the close of fact discovery | No change |
| Fact and Expert Discovery Cutoff | 12/27/2024 | 6/20/2025 |
| Dispositive Motion Filing | 2/21/2025 | 7/11/2025 |
| Dispositive Motion Hearing | 4/22/2025 | 10/21/2025 |
| Final Pretrial Conference | 6/24/2025 | 12/12/2025 at 10:00 a.m. |
| Jury Trial | 8/4/2025 | 2/23/2026 at 9:00 a.m. |

5
**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

1    IT IS SO STIPULATED.

2

3 Dated:  October 1, 2024

4

5  */s/ Anthony Q. Le*                              */s/ Caitlin Higgins (as*
   **MCGUIREWOODS LLP**                             *authorized on October 1, 2024)*
6  Anthony Q. Le (SBN 300660)                      **Lewis Brisbois Bisgaard & Smith**
   ale@mcguirewoods.com                             **LLP**
7  1800 Century City Park East                     John S. Poulos
   8th Floor                                        John.poulos@lewisbrisbois.com
8  Los Angeles, CA  900667                         Caitlin Higgins
   Telephone:  310-315-8225                         Caitlin.higgins@lewisbrisbois.com
9  Facsimile:  310-315-8210
                                                    Telephone: 916-564-5400
10 Yasser A. Madriz (*pro hac*                      Facsimile: 916-564-5444
   *vice*)
11 ymadriz@mcguirewoods.com
   A. Wolfgang McGavran (*pro hac*                   *Attorneys for Defendants*
12 *vice*)
   wmcgavran@mcguirewoods.com
13 Miles O. Indest (*pro hac vice*)
   mindest@mcguirewoods.com
14 Addison Fontein (*pro hac vice*)
   afontein@mcguirewoods.com
15 845 Texas Ave, Suite 2400
   Houston, Texas 77002
16 Telephone: 713-353-6681
   Facsimile: 832-255-6381
17
   *Attorneys for Plaintiffs*
18

19

20

21

22

23

24

25

26

27

28

6
**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2024, the foregoing was served on all parties of record in the case via electronic mail.

                                */s/ Anthony Q. Le*
                                   Anthony Q. Le

JOINT STIPULATION TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAS TRANSMISSION NORTHWEST LLC AND TUSCARORA GAS TRANSMISSION COMPANY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COCHRANE EXTRACTION PARTNERSHIP, COCHRANE EXTRACTION PLANT LTD., INTER PIPELINE EXTRACTION LTD., AND INTER PIPELINE LTD.,<br><br>　　　　Defendants. | Case No. 2:21-cv-01513-JAM-AC<br><br>**ORDER MODIFYING PRETRIAL SCHEDULING ORDER**<br><br>Compl. Filed:　August 23, 2021<br>Trial Date:　　August 4, 2025<br>Judge:　Hon. John A. Mendez |

**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

Case 2:21-cv-01513-JAM-AC   Document 54   Filed 10/10/24   Page 9 of 9

After consideration of the Parties' Stipulation and good cause having been shown, IT IS HEREBY ORDERED that the Pretrial Scheduling Order (ECF No. 52) be **MODIFIED** as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Expert Disclosure | 11/1/2024 | **05/02/2025** |
| Supplemental Expert Disclosure | 11/15/2024 | **05/21/2025** |
| Joint Mid-Litigation Statement Filing | Fourteen (14) days prior to the close of fact discovery | No change |
| Fact and Expert Discovery Cutoff | 12/27/2024 | **06/20/2025** |
| Dispositive Motion Filing | 2/21/2025 | **07/11/2025** |
| Dispositive Motion Hearing | 4/22/2025 | **10/21/2025, at 01:00 p.m. (in person)** |
| Final Pretrial Conference | 6/24/2025 | **12/12/2025, at 10:00 a.m. (in person)** |
| Jury Trial (3-4 weeks) | 8/4/2025 | **02/23/2026, at 9:00 a.m.** |

All other instructions contained in the September 14, 2023, Pretrial Scheduling Order (ECF No. 52) shall remain in effect.

**IT IS SO ORDERED.**

Dated: October 10, 2024      /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**