UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| GAS TRANSMISSION NORTHWEST LLC AND TUSCARORA GAS TRANSMISSION COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>COCHRANE EXTRACTION PARTNERSHIP, COCHRANE EXTRACTION PLANT LTD., INTER PIPELINE EXTRACTION LTD., AND INTER PIPELINE LTD.,<br><br>Defendants. | Case No. 2:21-cv-01513-JAM-AC<br><br>**ORDER (ECF No. 55)**<br><br>Judge: John A. Mendez<br><br>Trial Date: February 23, 2026 |

After consideration of the Parties' Motion, IT IS HEREBY ORDERED that:

1.   The Expert Disclosure deadline is moved from May 2, 2025 to **May 30, 2025;**

2.   The Supplemental Expert Disclosure deadline is moved from May 21, 2025 to **June 13, 2025;** and

ORDER

3.   The Fact and Expert Discovery Cutoff is moved from June 20, 2025 to **July 1, 2025.**

**IT IS SO ORDERED.**

Dated: April 25, 2025          /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE