**MCGUIREWOODS LLP**
Anthony Q. Le (SBN 300660)
ale@mcguirewoods.com
1800 Century City Park East
8th Floor
Los Angeles, CA  900667
Telephone:  310-315-8225
Facsimile:  310-315-8210

**MCGUIREWOODS LLP**
Yasser A. Madriz (*pro hac vice*)
ymadriz@mcguirewoods.com
Wolfgang A. McGavran (*pro hac vice*)
wmcgavran@mcguirewoods.com
Miles O. Indest (*pro hac vice*)
mindest@mcguirewoods.com
Addison Fontein (*pro hac vice*)
afontein@mcguirewoods.com
845 Texas Ave, Suite 2400
Houston, Texas 77002
Telephone: 713-353-6681
Facsimile: 832-255-6381

Attorneys for Gas Transmission Northwest LLC and
Tuscarora Gas Transmission Company

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GAS TRANSMISSION NORTHWEST LLC AND TUSCARORA GAS TRANSMISSION COMPANY,<br><br>        Plaintiffs,<br><br>        vs.<br><br>COCHRANE EXTRACTION PARTNERSHIP, COCHRANE EXTRACTION PLANT LTD., INTER PIPELINE EXTRACTION LTD., AND INTER PIPELINE LTD.,<br><br>        Defendants. | CASE NO. 2:21-cv-01513-JAM-AC<br><br>**SECOND STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING**<br><br>Compl. Filed: August 23, 2021<br>Trial Date: February 23, 2026<br>Judge: Hon. John A. Mendez |

Plaintiffs Gas Transmission Northwest LLC and Tuscarora Gas Transmission Company ("Plaintiffs") and Defendants Cochrane Extraction Partnership, Cochrane Extraction Plant Ltd., Inter Pipeline Extraction Ltd., and Inter Pipeline Ltd. ("Defendants", and collectively with Plaintiffs, the "Parties"), by and through their respective undersigned counsel of record, and pursuant to Local Rules 143 and 144, respectfully submit this stipulation to modify the Court's Pretrial Scheduling Order (ECF No. 54).

WHEREAS, Plaintiffs filed their Complaint on August 23, 2021 (ECF No. 1).

WHEREAS, the Defendants filed a Motion to Dismiss and, on January 24, 2023, the Court entered an Order granting in part and denying in part Defendants' Motion to Dismiss (ECF No. 37).

WHEREAS, on February 7, 2023, Defendants filed an Answer to Plaintiffs' Complaint (ECF 38).

WHEREAS, on February 23, 2023, the Parties filed a Joint Status Report (ECF No. 39).

WHEREAS, on August 31, 2023, the Parties filed another joint status report (ECF No. 51).

WHEREAS, on September 14, 2023, the Court issued a Pretrial Scheduling Order (ECF No. 52),

WHEREAS, on October 1, 2024, the Parties requested an order modifying the Pretrial Scheduling Order (ECF No. 53).

WHEREAS, on October 10, 2024, the Court issued its Stipulation and Order Modifying Pretrial Scheduling Order (ECF No. 54), which set forth the following deadlines:

SECOND STIPULATION AND ORDER TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER

| Event | Deadline |
|---|---|
| Expert Disclosure | 5/2/2025 |
| Supplemental Expert Disclosure | 5/21/2025 |
| Joint Mid-Litigation Statement Filing | No change |
| Fact and Expert Discovery Cutoff | 6/20/2025 |
| Dispositive Motion Filing | 7/11/2025 |
| Dispositive Motion Hearing | 10/21/2025 |
| Final Pretrial Conference | 12/12/2025 at 10:00 a.m. |
| Jury Trial | 2/23/2026 at 9:00 a.m. |

WHEREAS, on April 24, 2025, the Parties filed a Joint Motion for Administrative Relief under Local Rule 233 to modify expert disclosure and fact and expert discovery deadlines ("Joint Motion"). The Parties also shared they would submit a proposed Stipulation and Proposed Order to modify the case schedule and continue trial (ECF No. 55).

WHEREAS, that same day on April 24, 2025, the Court granted the Joint Motion and set new deadlines for expert disclosure (May 30, 2025), supplemental expert disclosure (June 13, 2025), and fact and expert discovery cutoff (July 1, 2025) (ECF No. 56).

WHEREAS, the Parties estimated approximately 3-4 weeks for trial (ECF No. 52 at 10), which the Parties still believe is a reasonable estimate.

WHEREAS, as this Court is aware, a related case is pending in Canada (the "Canadian Lawsuit").

WHEREAS, in an effort to reduce the costs associated with litigation the Parties were scheduled to participate in a

SECOND STIPULATION AND ORDER TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER

mediation in April 2025 that would have had the potential to resolve the U.S. Action and the Canadian Lawsuit.

WHEREAS, scheduling of the mediation proved challenging and third parties in the Canadian Lawsuit (who are not parties to the U.S. Action) obtained an adjournment of the mediation, which is now scheduled for September 16-18, 2025.

WHEREAS, the mediation will be highly involved as well as longer and more substantive than many mediations; among other things, the mediation: will last three days, will involve substantive mediation briefs from all parties (including the aforementioned third parties), and will involve expert report disclosures.

WHEREAS, the mediation will take place in Calgary and the mediator will be the Honourable Adelle Fruman, a former judge of Canada's Court of King's Bench of Alberta and the Courts of Appeal of Alberta, the Northwest Territories and Nunavut.

WHEREAS, the Parties continue to engage in discovery.

WHEREAS, the Parties seek a continuance to allow for the rescheduled mediation discussed above while allowing the Parties to continue with discovery in an orderly manner and otherwise prepare for trial.

WHEREAS, no case deadlines have lapsed.

WHEREAS, the Parties agree, that good cause exists to modify the Pretrial Scheduling Order (ECF No. 54), as set herein, in order to reduce litigation costs associated with this lawsuit and promote judicial efficiency.

WHEREAS, the Parties request that the deadlines in the Pretrial Scheduling Order (ECF Nos. 54, 56) be continued to the

4

proposed dates set forth below, subject to the Court's availability and approval.

WHEREAS, the Parties submit that, in compliance with the Court's Standing Order, the Parties contacted the Court's chambers to discuss, and the Court advised it is able to accommodate, these proposed new dates.

NOW, THEREFORE, the Parties, by and through their respective undersigned counsel of record, AGREE AND HEREBY STIPULATE that good cause exists to modify the Pretrial Scheduling Order as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Expert Disclosure | 5/30/2025 | 3/13/2026 |
| Supplemental Expert Disclosure | 6/13/2025 | 4/3/2026 |
| Joint Mid-Litigation Statement Filing | No change | No change |
| Fact and Expert Discovery Cutoff | 7/1/2025 | 5/4/2026 |
| Dispositive Motion Filing | 7/11/2025 | 7/3/2026 |
| Dispositive Motion Hearing | 10/21/2025 | 9/22/2026 |
| Final Pretrial Conference | 12/12/2025 at 10:00 a.m. | 12/4/2026 at 10:00 a.m. |
| Jury Trial | 2/23/2026 at 9:00 a.m. | 1/25/2027 |

SECOND STIPULATION AND ORDER TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER

1          IT IS SO STIPULATED.

2   Dated:  May 8, 2025

3
    /s/ Anthony Q. Le                   /s/ Caitlin Higgins (as
4   **MCGUIREWOODS LLP**                authorized on May 8, 2025)
    Anthony Q. Le (SBN 300660)          **Lewis Brisbois Bisgaard & Smith
5   ale@mcguirewoods.com                LLP**
    1800 Century City Park              John S. Poulos
6   East 8th Floor                      John.poulos@lewisbrisbois.com
    Los Angeles, CA  900667             Caitlin Higgins
7   Telephone:  310-315-8225            Caitlin.higgins@lewisbrisbois.com
    Facsimile:  310-315-8210            Telephone: 916-564-5400
8                                       Facsimile: 916-564-5444

9   Yasser A. Madriz (pro hac           *Attorneys for Defendants*
    vice)
10  ymadriz@mcguirewoods.com
    A. Wolfgang McGavran (pro
11  hac vice)
    wmcgavran@mcguirewoods.com
12  Miles O. Indest (pro hac
    vice)
13  mindest@mcguirewoods.com
    Addison Fontein (pro hac
14  vice)
    afontein@mcguirewoods.com
15  845 Texas Ave, Suite 2400
    Houston, Texas 77002
16  Telephone: 713-353-6681
    Facsimile: 832-255-6381
17
    Attorneys for Plaintiffs
18

19

20

21

22

23

24

25

26

27

28

SECOND STIPULATION AND ORDER TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER

1

2            **ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

3     Based on the stipulation of the parties and good cause

4 appearing, the Pretrial Scheduling Order, is **MODIFIED** as follows:

5

| Event | New Deadline |
|---|---|
| Expert Disclosure | **03/13/2026** |
| Supplemental Expert Disclosure | **04/03/2026** |
| Fact and Expert Discovery Cutoff | **05/04/2026** |
| Joint Mid-Litigation Statement Filing Deadline | Fourteen (14) days prior to the close of discovery |
| Dispositive Motion Filing Deadline | **07/03/2026** |
| Dispositive Motion Hearing | **9/22/2026, at 01:00 p.m.** |
| Joint Pretrial Statement Filing Deadline | Seven (7) days prior to the final pretrial conference |
| Final Pretrial Conference | **12/04/2026, at 10:00 a.m.** |
| Jury Trial (3-4 weeks) | **01/25/2027, at 09:00 a.m.** |

    All other instructions contained in the September 14, 2023,

Pretrial Scheduling Order (ECF No. 52) shall remain in effect.

    **IT IS SO ORDERED.**


Dated: May 22, 2025       /s/ John A. Mendez
                        THE HONORABLE JOHN A. MENDEZ
                        SENIOR UNITED STATES DISTRICT JUDGE

SECOND STIPULATION AND ORDER TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER