**MCGUIREWOODS LLP**
Anthony Q. Le (SBN 300660)
ale@mcguirewoods.com
1800 Century City Park East
8th Floor
Los Angeles, CA 900667
Telephone: 310-315-8225
Facsimile: 310-315-8210

**MCGUIREWOODS LLP**
Yasser A. Madriz (pro hac vice)
ymadriz@mcguirewoods.com
Wolfgang A. McGavran (pro hac vice)
wmcgavran@mcguirewoods.com
Miles O. Indest (pro hac vice)
mindest@mcguirewoods.com
Addison Fontein (pro hac vice)
afontein@mcguirewoods.com
845 Texas Ave, Suite 2400
Houston, Texas 77002
Telephone: 713-353-6681
Facsimile: 832-255-6381

Attorneys for Gas Transmission
Northwest LLC and
Tuscarora Gas Transmission
Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| GAS TRANSMISSION NORTHWEST LLC AND TUSCARORA GAS TRANSMISSION COMPANY,<br><br>        Plaintiffs,<br><br>    vs.<br><br>COCHRANE EXTRACTION PARTNERSHIP, COCHRANE EXTRACTION PLANT LTD., INTER PIPELINE EXTRACTION LTD., AND INTER PIPELINE LTD.,<br><br>        Defendants. | Case No. 2:21-cv-01513-JAM-AC<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED]ORDER OF DISMISSAL [FRCP 41(a)]**<br><br>Judge: John A. Mendez<br><br>Trial Date:    January 25, 2027 |

163321920.1

STIPULATION FOR DISMISSAL AND [PROPOSED]ORDER OF DISMISSAL [FRCP 41(a)]

Plaintiffs GAS TRANSMISSION NORTHWEST LLC AND TUSCARORA GAS TRANSMISSION COMPANY and Defendants COCHRANE EXTRACTION PARTNERSHIP, COCHRANE EXTRACTION PLANT LTD., INTER PIPELINE EXTRACTION LTD., AND INTER PIPELINE LTD. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED: January 22, 2026        LEWIS BRISBOIS BISGAARD & SMITH LLP


                                      */s/Caitlin E. Higgins*
                               By:    *(with consent 1/22/2026)*
                                   CAITLIN E. HIGGINS
                                   Attorneys for Defendants


DATED: January 22, 2026        MCGUIREWOODS LLP


                               By:      */s/Anthony Q. Le*
                                   Anthony Q. Le
                                   Attorneys for Plaintiffs

163321920.1                           2
**STIPULATION AND ORDER FOR DISMISSAL**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| GAS TRANSMISSION NORTHWEST LLC AND TUSCARORA GAS TRANSMISSION COMPANY, | Case No. 2:21-cv-01513-JAM-AC |
| Plaintiffs, | **ORDER** |
| | Judge: John A. Mendez |
| vs. | Trial Date:    January 25, 2027 |
| COCHRANE EXTRACTION PARTNERSHIP, COCHRANE EXTRACTION PLANT LTD., INTER PIPELINE EXTRACTION LTD., AND INTER PIPELINE LTD., | |
| Defendants. | |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, **DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: January 23, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR DISMISSAL